PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov
Attorneys for Defendant[1]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY WIDLE, | Case No. 2:16-cv-0952-CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her responsive pleading be

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

extended until May 8, 2017, and Plaintiff's reply date be extended to June 7, 2017. This is Defendant's first request for an extension of time to file her responsive pleading. Defense counsel requires additional time to fully review the administrative record and consider the government's position due to conflicting due dates.

Respectfully submitted,

Date: April 7, 2017      By:   /s/ *Andrew Koenig**
                              Andrew Koenig
                              Attorney for Plaintiff
                              (*By e-mail authorization on 04/07/17)


Dated: April 7, 2017           PHILLIP A. TALBERT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                         By:   /s/ *Donna W. Anderson*
                               DONNA W. ANDERSON
                               Special Assistant U.S. Attorney
                               Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED:

Dated: April 12, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE