PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY WIDLE, | Case No. 2:16-cv-0952-CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her responsive pleading be extended until June 7, 2017, and Plaintiff's reply date be extended accordingly. This is Defendant's second request for an extension of time to file her responsive

//

//

1

pleading. Defense counsel requires additional time to consult with the agency and consider the government's position.

                              Respectfully submitted,

Date: May 8, 2017         By:   /s/ *Andrew Koenig**
                                         Andrew Koenig
                                         Attorney for Plaintiff
                                         (*By e-mail authorization on 05/08/17)

Dated: May 8, 2017              PHILLIP A. TALBERT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                                  By:   /s/ *Donna W. Anderson*
                                         DONNA W. ANDERSON
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

                                       <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: May 12, 2017                                    */s/ Craig M. Kellison*
                                                              CRAIG M. KELLISON
                                                              UNITED STATES MAGISTRATE JUDGE