# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY WIDLE,

       Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

No.  2:16-CV-0952-DMC

ORDER

       Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on August 15, 2018.  Pending before the court is the parties' stipulation for the award of attorney's fees under the Equal Access to Justice Act (EAJA).  Good cause appearing therefor, plaintiff is awarded $6,000.00, subject to the terms of the parties' stipulation.

       IT IS SO ORDERED.

Dated:  November 13, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1